BOWES v. BOWES

No. 89 PC.

Case below: 23 N.C. App. 70.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 3 December 1974.

CARWELL v. WORLEY

No. 148 PC.

Case below: 23 N.C. App. 530.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.

DEAN v. COACH CO.

No. 139 PC.

Case below: 23 N.C. App. 470.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 December 1974.

GOLDING v. TAYLOR

No. 102 PC.

Case below: 23 N.C. App. 171.

Petition for writ of certiorari to North Carolina Court of Appeals denied 3 December 1974.

HEDDEN v. HALL

No. 149 PC.

Case below: 23 N.C. App. 453.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 December 1974.